# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-5130
September Term, 2024
FILED ON: FEBRUARY 11, 2025

MARCELLIN MUKOLO BASENGEZI,
APPELLANT

v.

BRADLEY T. SMITH, IN HIS OFFICIAL CAPACITY AS DIRECTOR OF THE OFFICE OF FOREIGN ASSETS CONTROL AND UNITED STATES DEPARTMENT OF THE TREASURY OFFICE OF FOREIGN ASSETS CONTROL,
APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:23-cv-01249)

Before: WILKINS and KATSAS, *Circuit Judges*, and GINSBURG, *Senior Circuit Judge*.

## J U D G M E N T

The Court considered this appeal on the record from the United States District Court for the District of Columbia and on the briefs of the parties. *See* Fed. R. App. P. 34(a)(2); D.C. Cir. R. 34(j). For the reasons given by the district court, it is

**ORDERED AND ADJUDGED** that the order of the district court, filed on March 11, 2024, be affirmed. Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing *en banc*. *See* Fed. R. App. P. 41(b); D.C. Cir. R. 41.

### Per Curiam

FOR THE COURT:
Clifton B. Cislak, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk